UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| CARNELL HUNNICUTT<br>*Plaintiff,* | : PRISONER<br>: CIVIL NO. 3:02CV947(JBA)(JGM)<br>: |
| VS. | : |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | :<br>: OCTOBER 7, 2003 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and D. Conn. L. Rule 7, the defendants respectfully move to dismiss this matter for the following reasons. First, the Eleventh Amendment bars plaintiff's claims for money damages against the defendants in their official capacities. Second, plaintiff's conclusory allegations devoid of personal allegations as to Lajoie, Butler, Myers, Coates, Whidden, Faneuff, Weir, Katz-Feinberg, Chaplin, Wooven, Power, Matos and Tokarz should be dismissed. Third, plaintiff is prohibited under the doctrine of res judicata from relitigating matters he settled. Fourth, plaintiff has not alleged an actual injury from the defendants' alleged denial of medical care to him. Fifth, plaintiff's alleged forced participation in the phase program does not state a constitutional claim. Sixth, plaintiff has no right to a single cell. Seventh, plaintiff has not alleged that he suffered an actual physical injury as a result of defendants' alleged failure to conduct a mental health evaluation. Finally, defendants have qualified immunity with regard to the recreation in restraints policy.

In further support of this motion, defendants submit the attached memorandum of law to which the court is respectfully referred.

            DEFENDANTS,
            John Armstrong, et al.

            RICHARD BLUMENTHAL
            ATTORNEY GENERAL

            BY: _____
            Ann E. Lynch
            Assistant Attorney General
            Federal Bar No. ct08326
            110 Sherman Street
            Hartford, CT  06105
            Telephone No.: (860) 808-5450
            Fax No. (860) 808-5591
            E-mail: ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage parepaid this 8th day of October 2003, to:

Carnell Hunnicutt, Inmate No. 309675
MHC-X
PO Box 534
Jessup, Maryland   20794

Ann E. Lynch
Assistant Attorney General