UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT
V.
JOHN ARMSTRONG, ET AL

3:03CV627(PCD)(JGM)

OCTOBER 20, 2003

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER THE DEFENDANTS' MOTION TO DISMISS

THE PRO SE PLAINTIFF, CARNELL HUNNICUTT, MOVE THIS HONORABLE COURT FOR A TWENTY DAY ENLARGEMENT OF TIME, TO AND INCLUDING NOVEMBER 17, 2003 TO ANSWER DEFENDANTS' MOTION TO DISMISS. IN SUPPORT OF THIS MOTION, PLAINTIFF SUBMITS THE FOLLOWING:

1) THIS IS THE PLAINTIFF'S FIRST REQUEST FOR AN ENLARGEMENT OF TIME WITH RESPECT TO DEFENDANTS' MOTION TO DISMISS.

2) THE MOTION TO DISMISS SUBMITTED BY THE DEFENDANTS' WITH MEMORANDUM OF LAW IS APPROXIMATELY ONE INCH THICK AND IS APPROXIMATELY 8 TYPE FONT.

3) THE PLAINTIFF IS PRE-PARING FOR TWO (2) INMATE GRIEVANCE OFFICE HEARINGS ON OCTOBER 26, 2003 AND OCTOBER 28, 2003.

4) THE PLAINTIFF IS AWAITING OUTSTANDING DISCOVERY (PRODUCTION OF DOCUMENTS AND INTERROGATORIES FROM IRENE WOOVEN FROM THE DEFENDANTS.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS AN ENLARGEMENT OF TIME, TO AND INCLUDING NOVEMBER 17, 2003, TO ANSWER THE DEFENDANTS' MOTION TO DISMISS.

Pro Se Plaintiff
CARNELL HUNNICUTT #309675
MHCX P.O. BOX 534
JESSUP, MD 20794

### CERTIFICATION

I HEREBY CERTIFY A COPY OF THE FOLLOWING WAS SENT OCTOBER 20, 2003 TO:
A.A.G. ANN LYNCH - 110 SHERMAN ST. HARTFORD, CT 06105

10/28/03 - Granted until 11/17/03.