UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT

v.

PRISONER
Case No. 3:02cv627 (PCD)

JOHN ARMSTRONG
LARRY MYERS
THOMAS COATES
CHRISTINE WHIDDEN
MICHAEL LAJOIE
WILLIAM FANEUFF
MAURICE BUTLER
KIM WEIR
PATRICIA WOLLENHAUPT
SAUNDRA KATZ-FEINBERG
PAUL CHAPLAIN
TOM LATIER
IRENE WOOVEN
KEVIN POWER
PETER MATOS
JACK TOKARZ

J U D G M E N T

This cause came on for consideration on the defendants' motion to dismiss before the Honorable Peter C. Dorsey, United States District Judge.

The court has reviewed the motion and all related papers. On February 25, 2004, the court filed its ruling and order granting defendants' motion and dismissing all other claims pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 27th of February, 2004.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____