FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR -8 P 1:49
US DISTRICT COURT
BRIDGEPORT CT

CARNELL HUNNICUTT

v.

JOHN ARMSTRONG, ET AL

CIVIL CASE NO. 3:03CV627(PCD)

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __CARNELL HUNNICUTT__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

SEE ATTACHED ORDER

2. The Judgment Order in this action was entered on __FEBRUARY 27, 2004__.
(date)

_____
Signature

CARNELL HUNNICUTT
Print Name

WCI 13800 McMULLEN Hwy SW

CUMBERLAND, MD 21502
Address

Date: 3/4/04

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT

v.

PRISONER
Case No. 3:02cv627 (PCD)

JOHN ARMSTRONG
LARRY MYERS
THOMAS COATES
CHRISTINE WHIDDEN
MICHAEL LAJOIE
WILLIAM FANEUFF
MAURICE BUTLER
KIM WEIR
PATRICIA WOLLENHAUPT
SAUNDRA KATZ-FEINBERG
PAUL CHAPLAIN
TOM LATIER
IRENE WOOVEN
KEVIN POWER
PETER MATOS
JACK TOKARZ

## JUDGMENT

This cause came on for consideration on the defendants' motion to dismiss before the Honorable Peter C. Dorsey, United States District Judge.

The court has reviewed the motion and all related papers. On February 25, 2004, the court filed its ruling and order granting defendants' motion and dismissing all other claims pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 27th of February, 2004.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____