UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT       :
                        :         PRISONER
v.                      :         Case No. 3:03CV627 (PCD)(JGM)
                        :
JOHN ARMSTRONG, et al.  :

ORDER

Pursuant to the mandate, dated December 8, 2005, plaintiff is directed to file an amended complaint containing only his claims that defendants Latier, Wooven, Power and Chaplin violated his constitutional right to privacy by discussing his private/personal mental health issues before other inmates and correctional employees and his state law right to psychiatrist/psychologist-patient confidentiality. Plaintiff shall file his amended complaint within **twenty (20)** days from the date of this order.

**SO ORDERED** in New Haven, Connecticut, this 31st day of January, 2006.

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JOAN G. MARGOLIS
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE