UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT
  V.                                             JANUARY 23, 2006
JOHN ARMSTRONG                                   3:03cv627(PCD)(JGM)

                                                 2006 JAN 30 P 1:01
                                                 U.S. DISTRICT COURT
                                                 BRIDGEPORT, CONN

## MOTION FOR STAY

THE PRO SE PLAINTIFF, CARNELL HUNNICUTT, RESPECTFULLY REQUESTS A STAY IN THIS PROCEEDING DUE TO THE FOLLOWING FACTS:

1) THE PLAINTIFF'S PROPERTY WAS MISPLACED AND HE HAS NOT HAD ACCESS TO HIS LEGAL MATERIALS SINCE LEAVING CONNECTICUT ON OCTOBER 26, 2005. DOC STAFF NEVER ALLOWED THE PLAINTIFF ACCESS TO HIS PROPERTY SINCE HIS ARRIVAL 11/8/05 UNTIL THE PRESENT DATE, AND THE PLAINTIFF IS STILL TRYING TO RESOLVE THIS MATTER.

2) THE PLAINTIFF HAS BEEN DEPRIVED OF PAPER/ENVELOPES TO ACCESS THE COURTS FROM 11/8/05 UNTIL 12/20/05

3) THE PLAINTIFF DID NOT HAVE THE DOCKET NUMBER OR NOTIFICATION OF THIS CASE BEING REMANDED UNTIL THE ABOVE DATE (1/23/06) BY CONTACTING THE INMATES LEGAL ASSISTANCE PROGRAM WHO FORWARDED THE INFORMATION.

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS COURT WOULD GRANT THIS MOTION IN IT'S ENTIRETY TO ALLOW THE PLAINTIFF TO OBTAIN HIS LEGAL MATERIALS TO PROPERLY/ADEQUATELY LITIGATE THIS MATTER.

                                   RESPECTFULLY SUBMITTED,
                                   C-h h
                                   CARNELL HUNNICUTT #127392
                                   SANTA ROSA CORRECTIONAL INSTITUTION
                                   5850 EAST MILTON ROAD
                                   MILTON, FL 32583

CERTIFICATION
I HEREBY CERTIFY A COPY OF THE FOLLOWING WAS MAILED 1/23/06 TO: A.A.G. ANN LYNCH - 110 SHERMAN ST. HARTFORD, CT 06105  C-h