UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT
v.
JOHN ARMSTRONG, ET AL

PRISONER
3:03CV627(PCD)(JGM)

FEBRUARY 8, 2006

2006 FEB 13 P 4:46
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

THE PRO SE PLAINTIFF, CARNELL HUNNICUTT, HEREBY REQUESTS AN EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT CONCERNING CLAIMS THAT DEFENDANTS LATIER, WOOVEN, POWER AND CHAPLAIN VIOLATED HIS CONSTITUTIONAL RIGHT TO PRIVACY BY DISCUSSING HIS PRIVATE/PERSONAL MENTAL HEALTH ISSUES IN FRONT OF OTHERS. THE PLAINTIFF ASKS THAT THE PERIOD BE EXTENDED TO PERMIT HIM TO FILE THE AMENDED COMPLAINT. IN SUPPORT OF HIS REQUEST, HE SUBMITS THE FOLLOWING:

1.) THE PLAINTIFF FILED THE UNDERLYING ACTION AND IS PRO SE.
2.) THE PLAINTIFF JUST RECENTLY RECEIVED HIS PROPERTY AND IS IN THE PROCESS OF GETTING HIS LEGAL MATERIALS IN ORDER.
3.) THE PLAINTIFF HAS TO RELY ON THE STAFF AT THE CORRECTIONAL FACILITY THAT HE IS INCARCERATED TO RETRIEVE HIS ADDITIONAL LEGAL MATERIALS IN STORAGE. (WHICH IS DONE AT THEIR LEISURE.)
4.) THE PLAINTIFF HAS RECEIVED THE COURT ORDER DATED JANUARY 31, 2006, ON THE ABOVE DATE.

THE PLAINTIFF SEEKS AN EXTENSION OF TIME UNTIL MARCH 7, 2006 TO FILE THE AMENDED COMPLAINT.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT PERMIT HIM AN EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT.

RESPECTFULLY SUBMITTED,

C_H H_____
CARNELL HUNNICUTT, SR. #127392
SANTA ROSA C.I.
5850 EAST MILTON, RD
MILTON, FL 32583

CERTIFICATION
I HEREBY CERTIFY A COPY OF THE FOLLOWING WAS MAILED 2/8/06 TO: A.A.G. ANN LYNCH - 110 SHERMAN ST, HARTFORD, CT 06105
C-H H