UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARNELL HUNNICUTT : | |
| : | PRISONER |
| v. : | Case No. 3:03CV627 (PCD)(JGM) |
| : | |
| JOHN ARMSTRONG, et al. : | |

RULING AND ORDER

On February 1, 2006, the court ordered plaintiff to file an amended complaint containing only his claims that defendants Latier, Wooven, Power and Chaplin violated his constitutional right to privacy by discussing his private/personal mental health issues before other inmates and correctional employees and his state law right to psychiatrist/psychologist-patient confidentiality. Plaintiff now seeks an extension of time to comply with the court's order.

Plaintiff timely filed his amended complaint on February 21, 2006. Accordingly, the motion for extension of time [**dkt. #61**] is **DENIED** as moot.

The court's order permitted plaintiff to file an amended complaint against defendants Latier, Wooven, Power and Chaplin only. Thus, the fact that plaintiff has included John Armstrong as a defendant in the caption of the amended complaint does not reopen any claims against defendant Armstrong.

Plaintiff did not attached a certificate of service to his amended complaint. Accordingly, he is directed to serve a copy of the amended complaint on defendants'

counsel on or before **March 27, 2006**.   Defendants shall file an answer or motion to dismiss on or before **April 27, 2006**.

**SO ORDERED** in New Haven, Connecticut, this 8th day of March, 2006.

/s/
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE