UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CARNELL HUNNICUTT | : PRISONER<br>: CIVIL NO. 3:03CV627(PCD)<br>: |
| V. | :<br>: |
| JOHN ARMSTRONG, ET AL | : MARCH 29, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that Defendants, John Armstrong, Et Al., have manually filed the following cases:

1.   LM Business Associates Inc. v. Ross, 04-CV-6142

2.   Palumbo v. Weil, 3:98CV1411(JBA)

This document has not been filed electronically because:

[  ]   **Medical Records**.
[  ]   the document or thing cannot be converted to an electronic format
[ x ]   the electronic file size of the documents exceeds 1.5 megabytes
[  ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
John Armstrong, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:  /s/
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail:  ann.lynch@po.state.ct.us
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 29th day of March, 2006:

Carnell Hunnicutt, Sr., Inmate #127392
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton, FL 32583


  /s/
Ann E. Lynch
Assistant Attorney General