UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARNELL HUNNICUTT : | |
| : | PRISONER |
| v. : | Case No. 3:03CV627 (PCD)(JGM) |
| : | |
| JOHN ARMSTRONG, et al. : | |

## RULING AND ORDER

In January 2006, plaintiff moved to stay this action because he had been transferred to a correctional facility in Florida and not yet received his legal materials. Since that time, plaintiff has filed a second amended complaint as ordered by the court and has moved to file a third amended complaint. Thus, it appears that plaintiff has received his legal materials. Plaintiff's motion for stay [**dkt. #60**] is **DENIED** as moot.

Plaintiff also moves to file a third amended complaint. He states that he rushed to meet the filing deadline for the second amended complaint and wishes to amend to make the complaint more concise and delete errors. The court has compared the second and proposed third amended complaints. The alleged facts, causes of action and requests for relief are essentially the same. The court can discern no advantage to the filing of a third amended complaint. Accordingly, plaintiff's motion for leave to amend [**dkt. #64**] is **DENIED**.

**SO ORDERED** in New Haven, Connecticut, this 17th day of April, 2006.

/s/
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE