UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARNELL HUNNICUTT
V.
JOHN ARMSTRONG, ET AL

FILED PRISONER

2006 APR 18   CASE NO. 3:03CV627(PCD)(JGM)

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

APRIL 10, 2006

## MOTION TO AMEND

THE PRO SE PLAINTIFF CARNELL HUNNICUTT, SR., PURSUANT TO FED. R. CIV. P. 15(G) RESPECTFULLY REQUEST TO AMEND HIS COMPLAINT TO DELETE DEFENDANT ARMSTRONG - AND REMOVE SAID DEFICIENT FROM THE PREVIOUSLY FILED COMPLAINT. THE PLAINTIFF SHOULD NOT BE DENIED TO AMEND SAID LEGALLY DEFICIENT COMPLAINT BECAUSE THE PRO SE PLAINTIFF ACTED IN GOOD FAITH WITHOUT DELAY TO CORRECT SAID ERROR. ENCLOSED IS THE AMENDED COMPLAINT THE PLAINTIFF FILES TO REPLACE THE DEFICIENT COMPLAINT W/ CERTIFICATION.

RESPECTFULLY SUBMITTED,

C—u h——— Sr. #127392

CARNELL HUNNICUTT, SR.
SANTA ROSA C.I. 5850 E. MILTON RD
MILTON, FLORIDA 32583

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED ON APRIL 10, 2006, TO: A.A.G. ANN LYNCH - 110 SHERMAN STREET - HARTFORD, CT 06105

C—u h——— Sr.