UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARNELL HUNNICUTT | : CIVIL ACTION 3:03CV627(PCD) |
| | :                                (JGM) |
| v. | : |
| JOHN ARMSTRONG et al | : MAY 5, 2006 |

**JOINT MOTION FOR DISMISSAL
IN ACCORDANCE WITH SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above entitled action hereby move for dismissal with prejudice and without costs to any party in accordance with the attached Settlement Agreement entered into between the parties to this matter.

PLAINTIFF
Carnell Hunnicutt

Date: 5/12/06

_____
Carnell Hunnicutt

Subscribed to and sworn to before me this 12th day of May, 2006.


Bettye Ann McGill
My Commission DD170323
Expires December 08, 2006

_____
Notary Public
My Commission Expires: 12/08/06

DEFENDANTS
John Armstrong et al.

Date: 5/18/06

_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Juris No 409860

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 18th day of May, 2006, first class postage prepaid to:

Carnell Hunnicutt
#127392
Santa Rosa Correctional Institution
5850 East Milton Road
Milton Florida 32583

Ann E. Lynch
Assistant Attorney General