# RELEASE

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, that Carnell Hunnicutt, does on behalf of himself, his successors and assigns, for and in consideration of the sum of Eight hundred fifty dollars ($850.00) paid by the State of Connecticut herewith releases and forever discharges, the State of Connecticut, the State of Connecticut Department of Correction and its agents, officials or employees, Attorney General Blumenthal and his agents or employees, John Armstrong, Paul Chaplain, Paul Chaplin, Tom Latier, Tom Lateer, Irene Wooven, Kevin Power, Kevin Powers, Peter Matos, Jack Tokarz, Larry Myers, Thomas Coates, Christine Whidden, Michael Lajoie, William Faneuff, Maurice Butler, Kim Weir, Patricia Wollenhaupt, and any and all defendants named by Carnell Hunnicutt in any action brought by Carnell Hunnicutt against the State of Connecticut, employees, agents, officials which is pending on this date, and all other present or former officers, agents and employees of the State of Connecticut, and the State of Connecticut itself, from all actions, causes of actions, suits, claims, controversies, damages and demands of every nature and name, in law or in equity, including attorneys' fees and costs, which Carnell Hunnicutt, his successors and assigns, ever had, now has or hereafter can, shall or may have, including but not limited to the following matters:

Hunnicutt v. Armstrong, et al. Civil No. 3:03CV627(PCD)(JGM)

IN WITNESS WHEREOF, Carnell Hunnicutt, does hereby set his hand this 12th day of May 2006.

_____
Carnell Hunnicutt

Subscribed and sworn to, before me, this 12th day of May 2006.

_____
Notary Public

Bettye Ann McGill
My Commission DD170323
Expires December 08, 2008