UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARNELL HUNNICUTT | : CIVIL ACTION 3:03CV627(PCD) |
| | : (JGM) |
| v. | : |
| JOHN ARMSTRONG et al | : MAY 5, 2006 |

### JOINT MOTION FOR WAIVER OF FILING FEES

The plaintiff, Carnell Hunnicutt and the defendants John Armstrong et al hereby move the court to waive the filing fees in this case. In the interest of judicial economy, plaintiff and defendants have stipulated to a dismissal, with prejudice and without costs. The waiver of filing fees would promote judicial economy in encouraging similar stipulations in the future by other litigants in other matters.

PLAINTIFF
Carnell Hunnicutt

Date: 5/12/06

_Carnell Hunnicutt_

Subscribed to and sworn to before me this 12th day of May, 2006.

_Bettye Ann McGill_
Notary Public
My Commission Expires: 12/08/06

Bettye Ann McGill
My Commission DD170323
Expires December 08, 2006

DEFENDANTS
John Armstrong et al.

Date: 5/18/06

_Ann E. Lynch_
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Juris No 409860

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 14th day of May, 2006, first class postage prepaid to:

Carnell Hunnicutt
#127392
Santa Rosa Correctional Institution
5850 East Milton Road
Milton Florida 32583

Ann E. Lynch
Assistant Attorney General